UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SYLVESTER M. PLATT,                    CIVIL ACTION
    PLAINTIFF,
VERSUS

POINTE COUPEE PARISH
POLICE JURY,
    DEFENDANT.

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Sylvester M. Platt ("Plaintiff"), through undersigned counsel, hereby alleges as follows:

NATURE OF THE CLAIMS

1. This is an action for declaratory, injunctive and equitable relief, as well as monetary damages, to redress unlawful employment practices and retaliation against Plaintiff by the Defendant employer, the Pointe Coupee Parish Police Jury ("Defendant"), including Defendant's unlawful discrimination and retaliation against Plaintiff because of his race/color and because of his complaints about such unlawful discrimination and retaliation, in violation of 42 U.S.C. § 1983 ("Section 1983") and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. ("Title VII").

2. Over the course of Plaintiff's more than twenty one-year employment history, Defendant has subjected Plaintiff to continuing unlawful discrimination and retaliation.

3. Defendant's racially discriminatory conduct has been willful and shows a continuing reckless disregard for Plaintiff, which has caused and continues to cause Plaintiff to suffer economic and non-economic damages, mental anguish and emotional distress.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343, as this action involves federal questions regarding the deprivation of Plaintiff's civil rights under Title VII and Section 1983. The Court has supplemental jurisdiction over any related claims arising under state and local law pursuant to 28 U.S.C. § 1367(a).

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the events or omissions giving rise to the unlawful employment practices alleged herein, occurred in Pointe Coupee Parish, Louisiana.

## PARTIES

6. Plaintiff Sylvester M. Platt is an African-American Citizen of the United States residing in New Roads, Pointe

Coupee Parish, Louisiana.  He has been employed by the Pointe Coupee Parish Police Jury since 1994.

7. Defendant Pointe Coupee Parish Police Jury is a municipal governmental body in the State of Louisiana. At all relevant times, Defendant met the definition of an "employer" under all applicable statutes.

PROCEDURAL REQUIREMENTS

8. Plaintiff has complied with all statutory prerequisites to filing this action.  This action has been filed within 90 days of Plaintiff's receipt of his right-to-sue letter from the Equal Employment Opportunity Commission.

FACTUAL ALLEGATIONS

9.  Throughout the period of his employment, plaintiff has been denied promotions for which he was qualified and Defendant has hired or promoted white persons with lesser qualifications.

10.  Since February 2016, Plaintiff has applied for and not selected for four positions for which he was qualified, including Public Works Director, two applications for Assistant Public Works Director, and Road Supervisor.  On information and belief, Defendant manipulated the selection

process so as to exclude Plaintiff in favor of lesser qualified white applicants.

11. Further, on information and belief, Defendant is denying Plaintiff promotional opportunities in retaliation for Plaintiff's complaints against racial discrimination in his employment.

## RELIEF

12. Plaintiff is entitled to relief, including but not limited to:

   A. A declaratory judgment that the actions, conduct and practices of Defendant complained of herein violate the laws of the United States, including Section 1983, Title VII, and state laws prohibiting racial discrimination in employment;

   B. An injunction and order permanently restraining Defendant from engaging in such unlawful conduct;

   C. An order directing Defendant to place Plaintiff in the highest position he would have occupied but for Defendant's discriminatory treatment and otherwise unlawful conduct, as well as to take such affirmative action as is necessary to ensure

that the effects of these unlawful employment practices are eliminated and do not continue to affect his employment;

    D. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and/or economic harm;

    E. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory harm, including but not limited to, compensation for his mental anguish, humiliation, embarrassment, stress and anxiety, emotional pain and suffering, and emotional distress.

    F. An award of costs that Plaintiff has incurred in this action, as well as Plaintiff's reasonable attorneys' fees to the fullest extent permitted by law; and

    G. Such other and further relief as the Court may deem just and proper.

JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

RESPECTFULLY SUBMITTED
BY ATTORNEYS FOR PLAINTIFF

_____
NELSON DAN TAYLOR, SR. (12684)
J. K. Haynes Legal Defense Fund
928 Saint Charles Street
Thibodaux, LA 70301
Phone: 504-214-7109

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I filed the foregoing pleading electronically using the court's CM/ECF filing system which gave electronic notice to all counsel of record.

_____