UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SYLVESTER M. PLATT | CIVIL ACTION NO: 3:16-CV-764 |
| VERSUS | JUDGE SHELLY D. DICK |
| POINTE COUPEE PARISH POLICE JURY | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**STIPULATION AND PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, SYLVESTER M. PLATT, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice per consent of the defendant, POINTE COUPEE PARISH POLICE JURY, through its undersigned counsel.

**BY ATTORNEY FOR PLAINTIFF**

/S/ Nelson Dan Taylor, Sr.
_____
NELSON DAN TAYLOR, SR. (12684)
J. K. Haynes Legal Defense Fund
928 Saint Charles Street
Thibodaux, LA 70301
Phone: 504-214-7109

**BY ATTORNEY FOR DEFENDANT**

/S/ Robert J. David, Jr.
_____
ROBERT J. DAVID, JR.
Post Office Drawer 51268
Lafayette, LA 70505-1268
Phone: 337-269-0052

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I filed the foregoing pleading electronically using the court's CM/ECF filing system which gave electronic notice to all counsel of record.

/S/ Nelson Dan Taylor, Sr.
_____