UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SYLVESTER M. PLATT

VERSUS

POINTE COUPEE PARISH
POLICE JURY

CIVIL ACTION NO: 3:16-CV-764

JUDGE SHELLY D. DICK

MAGISTRATE JUDGE
RICHARD L. BOURGEOIS, JR.

ORDER

Considering the Stipulation and Plaintiff's Notice of Voluntary Dismissal,

IT IS ORDERED that the above-captioned action is dismissed with prejudice.

Baton Rouge, Louisiana, this __2__ day of April, 2018.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

JURY